IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY DIVISION

| | | |
|---|---|---|
| BRANCH BANKING AND TRUST COMPANY, | ) ) ) | |
| Plaintiff | ) ) ) | Civil Action No. 5:14-cv-25740 |
| v. | ) ) | |
| JOE D. ISON, | ) ) ) | |
| Defendant | ) ) ) | |
| v. | ) ) | |
| [EMPLYER] | ) ) ) | |
| Garnishee | ) ) | |

**AFFIDAVIT FOR SUGGESTEE EXECUTION**

This day personally appeared before the undersigned authority Diane Schramm, Vice President and Authorized Agent of Branch Banking and Trust Company, who after being first duly sworn, says that Branch Banking and Trust Company secured a judgment against Joe D. Ison in the sum of $2,909,183.58 and costs of $128,870.96 on the 7th day of September, 2017, with interest accruing on the judgment rate of 0.98% per annum from the date of judgment until paid.

The undersigned further states upon oath that since the date of judgment payments in the total sum of $0.00 have been applied to said judgment and that there is still due and unpaid the sum of $3,143,889.02, together with interest at the rate of 0.89% on the principal sum from the date of judgment.

The undersigned further states, upon information and belief, that the Defendant, Joe D. Ison, is employed by GKB, LLC, at Beckley, West Virginia and that she believes that the weekly disposable earnings in excess of thirty times to federal minimum hourly wage in effect at the time the earnings

were payable are now, or will hereafter, within one year from this date, become due to the judgment debtor.

_____
Affiant

Taken, sworn and subscribed before me, the undersigned authority, this the ___ day of July, 2021.

_____
Notary Public

My commission expires:

_____7-22-2023_____

(seal)

A WHITE
NOTARY PUBLIC
Gwinnett County
State of Georgia
My Comm. Expires July 22, 2023