IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

**BRANCH BANKING AND TRUST COMPANY**
*a North Carolina banking corporation*,

      Plaintiff,

v.                                        CIVIL ACTION NO. 5:14-cv-25740

**THE TRACTOR COMPANY, INC.**
*a West Virginia corporation*,
**JOE D. ISON**,

      Defendants.

## NOTICE OF POSSIBILITY OF EXEMPTIONS TO SUGGESTEE EXECUTION

NOTICE IS HEREBY GIVEN that in the above-styled case, a Suggestee Execution has been filed by the plaintiff and issued by the Clerk to recover the judgment entered against you. Please refer to the attached document for details requested by the plaintiff.

NOTICE IS FURTHER GIVEN that under the laws of the State of West Virginia or the United States of America, there exist certain exemption rights that may be available to you which would relieve you of the obligation to pay all or part of this judgment by means of the Suggestee Execution requested by the plaintiff.

You may consult an attorney for more specific information on the nature and kind of these exemptions to see whether or not you are eligible to claim any of these exemptions. If you are eligible for such exemptions, your attorney (or you, if you have no attorney) may file a Request for Exemption with the following: Clerk of Court for the United States District Court for the Southern District of West Virginia and United States Marshal, Robert C. Byrd United States Courthouse, 110 North Heber Street, Room 119, Beckley, West Virginia. The Request for Exemption should state specifically your reason for an exemption and request a hearing to determine your exemption rights. The Request for Exemption should be filed within twenty (20) days of receiving this notice. A copy of your Request for Exemption should also be sent to plaintiffs' attorney, Travis A. Knobbe, Spilman Thomas & Battle, One Oxford Centre, Suite 3440, 301 Grant Street, Pittsburgh, PA 15219.

DATE: August 6, 2021

                                                                     RORY L. PERRY, II CLERK
                                                                     By: *Tina A. Smith*
                                                                         Deputy Clerk